IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIAS MAKERE,

    Plaintiff,

v.                                      CASE NO. 4:22cv315-RH-ZCB

MARTIN FITZPATRICK et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 58, and the objections, ECF No. 60. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The plaintiff's claims are dismissed with prejudice." Jurisdiction is retained to address the issue of sanctions.

    SO ORDERED on November 23, 2022.

                                              s/Robert L. Hinkle
                                              United States District Judge